IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:95-cr-174-WHA |
| | ) | (WO) |
| DARRYL ELLIS, | ) | |

**ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. # 759), entered on November 25, 2013, and the Defendant's Objections thereto (Doc. # 760), filed on December 12, 2013.

Following an independent evaluation and *de novo* review of the file in this case, the court finds Defendant's objections to be without merit for the same reasons set out in the Recommendation, and they are hereby OVERRULED. The court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby ORDERED as follows:

1. The Defendant's motion for relief (Doc. # 736, 736-1, 745) is DISMISSED WITHOUT PREJUDICE to the extent that it is an improper filing under 28 U.S.C. § 2255, because he has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider a successive 28 U.S.C. § 2255 motion; and

2. The Defendant's motion for relief (Doc. # 736, 736-1, 745) is DISMISSED WITHOUT PREJUDICE to the extent that it is an improper filing under 28 U.S.C. § 2241, because he cannot show that his first 28 U.S.C. § 2255 motion was inadequate

or ineffective to test the legality of his sentence. Thus, the savings clause of § 2255(e) does not apply, and this court is without jurisdiction to consider Ellis' petition for relief under 28 U.S.C. § 2241.

DONE this 18th day of December, 2013.

          <u>/s/ W. Harold Albritton</u>
          W. HAROLD ALBRITTON
          SENIOR UNITED STATES DISTRICT JUDGE